Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Jacksonville Division

| | | |
|---|---|---|
| JOSEPH J. CLARK | ) | Case No.   N 3:23-cv-96-HES-LLL |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |
| -v- | ) | |
| Deputy R. Hyatt, Deputy B. Lapointe, and Deputy J. Sydoravitz | ) | |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JOSEPH J. CLARK |
| All other names by which you have been known: | |
| ID Number | J28530 |
| Current Institution | RECEPTION AND MEDICAL CENTER-MAIN UNIT |
| Address | P.O. BOX 628 |
| | LAKE BUTLER, FL 32054 |
| | City / State / Zip Code |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Deputy R. Hyatt |
| Job or Title (if known) | Clay County Deputy Sheriff |
| Shield Number | 07087 |
| Employer | Clay County Sherif's Department |
| Address | 901 N. Orange Avenue |
| | Green Cove Springs, FL 32043 |
| | City / State / Zip Code |

[✔] Individual capacity  [ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | B. Lapointe |
| Job or Title (if known) | Orange Park Police Officer |
| Shield Number | 00482 |
| Employer | Clay County Deputy Sheriff |
| Address | 2025 Smith St. |
| | Orange Park, FL 32073 |
| | City / State / Zip Code |

[✔] Individual capacity  [ ] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: J. Sydorowicz
Job or Title (if known): Clay County Deputy Sheriff
Shield Number: 07655
Employer: Clay County Sherif's Department
Address: 901 N. Orange Avenue
City: Green Cove Springs   State: FL   Zip Code: 32043

[✔] Individual capacity   [ ] Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:
City:   State:   Zip Code:

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
THE FOURTH AMMENDMENT RIGHT AGAINST UNREASONABLE SEIZURE.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
AT THE TIME OF THE INCIDENT, EACH DEFENDANT WAS A LAW ENFORCEMENT OFFICER EMPLOYED BY A GOVERNMENTAL AGENCY

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☑ Other *(explain)*   THE INCIDENT OCCURRED AT THE TIME OF MY ARREST ON 1-9-22

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.
THE EVENTS OCCURED AT THE TIME OF MY ARREST ON 1-9-22 IN CLAY COUNTY FLORIDA

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

  C. What date and approximate time did the events giving rise to your claim(s) occur?
THE EVENTS OCCUREED AT THE TIME OF MY ARREST ON 1-9-22 IN CLAY COUNTY FLORIDA AT BETWEEN APPROXIMATLY 5:00 PM AND 5:15 PM.

  D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
SEE SCHEDULE IV (D) ATTACHED TO THIS AMENDED COMPLAINT.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
THE DEFENDANTS BROKE MY LEFT OCCULAR SOCKET BONE (ZYGOMATIC ARCH FRACTURE) CAUSING ME TO SUFFER A LOSS OF VISION, BLURRED VISION AND NERVE DAMAGE, INCLUDING DAMAGE TO MY OPTICAL NERVE. I HAVE PERMANANT PARTIAL LOSS OF VISION AND WHAT APPEARS TO BE PERMANANT VISUAL BLURINESS IN MY LEFT EYE.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.
MONETARY DAMAGES INCLUDING DAMAGES FOR MENTAL ANGUISH, PAIN AND SUFFERING, FUTURE MEDICAL EXPENSES AND FUTURE LOSS OF INCOME, PUNITIVE DAMAMGES, COSTS, AND ATTORNEY FEES FOR ANY ATTORNEY WHO MAY MAKE AN APPEARANCE ON MY BEHALF IN THE FUTURE.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☐ No
☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☐ No
☐ Do not know

If yes, which claim(s)?
THIS IS NOT APPLICABLE AS THE INCIDENT OCCURED AT THE TIME OF MY ARREST BEFORE I WAS CONFINED TO AN INSTITUTION.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?
   THIS IS NOT APPLICABLE AS THE INCIDENT OCCURED AT THE TIME OF MY ARREST BEFORE I WAS CONFINED TO AN INSTITUTION.

2. What did you claim in your grievance?
   THIS IS NOT APPLICABLE AS THE INCIDENT OCCURED AT THE TIME OF MY ARREST BEFORE I WAS CONFINED TO AN INSTITUTION.

3. What was the result, if any?
   THIS IS NOT APPLICABLE AS THE INCIDENT OCCURED AT THE TIME OF MY ARREST BEFORE I WAS CONFINED TO AN INSTITUTION.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
   THIS IS NOT APPLICABLE AS THE INCIDENT OCCURED AT THE TIME OF MY ARREST BEFORE I WAS CONFINED TO AN INSTITUTION.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
   I DID NOT FILE A GRIEVANCE WITH AN INSTITUTION BECAUSE THE INCIDENT OCCURED AT THE TIME OF MY ARREST BEFORE I WAS CONFINED TO AN INSTITUTION.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:
   I INFORMED ORANGE PARK POLICE OFFICER C. MONROE (BADGE # 00484) OF MY COMPLAINT. THERE WAS NO FORMAL RESPONSE. I WAS NEVER INFORMED OF THE CLAY COUNTY SHERIFF'S COMPLAINT PROCESS.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.
   I WAS NEVER CONTACTED BY THE CLAY COUNTY SHERIFF'S INTERNAL AFFAIRS DEPARTMENT OR OTHER LAW ENFORCMENT AGENCY ABOUT THE INCIDENT.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/24/2023

Signature of Plaintiff:
Printed Name of Plaintiff: JOSEPH L. CLARK
Prison Identification #: J28350
Prison Address: RECEPTION AND MEDICAL CENTER, P.O. BOX 628
LAKE BUTER, FL, 32054

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
Telephone Number:
E-mail Address:

## SCHEDULE IV (D)

1. On January 9, 2022 Orange Park police officer B. Lapointe Badge#00482 stopped the plaintiff in the city of Orange Park, Florida and attempted to arrest him for the offense of Grand Theft Auto.
2. The Plaintiff fled on foot from the scene where Orange Park police officers attempted to arrest him.
3. After the plaintiff fled from the scene Orange Park police officers called for assistance from Clay County Sheriffs Department to help locate and arrest the plaintiff.
4. At approximately 5:00 pm Defendant Clay County Deputy Sheriff R. Hyatt K93 Badge #07087 and his K9 Dog located the Plaintiff on top of a wood pile in a backyard of a residence located at 640 River Rd. Orange Park Florida in Clay County.
5. Deputy Hyatt K93 ordered the plaintiff to come down from the wood pile and told him that if he did so he would not Release K93.
6. The plaintiff fully complied with Deputy Hyatt's commands, at no time did plaintiff offer any resistance to being secured and placed over arrest.
7. Defendant Orange Park police officers B. Lapointe – 00482 at Approximately 5:05 pm ran around J. Sydorowicz 07655 who was also on scene Lapointe then ran up to the plaintiff and threw him to the ground, whereupon Lapointe and Hyatt secured the plaintiff by handcuffing his hands behind him.
8. The plaintiff did not resist interfere or hinder the effort of Lapointe and Hyatt to secure him by handcuffing his hands behind his back.
9. Deputy Hyatt K93 held his K9 dog on a leash to chew on the plaintiff's thigh and backside while Lapointe held him on the ground.
10. At Approximately 5:06 pm Deputy Hyatt pulled K93 off the plaintiff in order to allow Deputy Sheriff J. Sydorowicz 07655 to bend down and strike the plaintiff on his face and body with closed fists.

11. Officer Lapointe, and Deputy Hyatt both held the plaintiff down on the ground while Deputy J. Sydorowicz struck the plaintiff with his fist.
12. The Defendants were each acting under "Color of LAW" when they performed the actions complained of herein because at that time they were acting in their capacity as Clay County Sheriff officers.
13. The actions of each Defendants as complained of herein violated the plaintiff's Right against an unreasonable seizure as guaranteed by the fourth Amendment to the United States Constitution.
14. The actions of each Defendants as complained of herein were the proximate cause of the plaintiff's Damages including a cut to the plaintiff's left eye other cuts and bruises on the plaintiff's body dog-bite wounds on the plaintiff's left thigh a fracture of the plaintiff's left orbital socket zygomatic arch and damage to the vision in the left eye including partial loss of vision and blurriness.